No. 88–1426. OMAHA INDIAN TRIBE ET AL. v. JACKSON ET AL.;
No. 88–1592. WILSON ET AL. v. OMAHA INDIAN TRIBE ET AL.;
and
No. 88–1636. IOWA ET AL. v. UNITED STATES ET AL. C. A.
8th Cir. Certiorari denied. 

No. 88–1445. NATIONAL ASSOCIATION OF CASUALTY & SURETY
AGENTS ET AL. v. BOARD OF GOVERNORS OF THE FEDERAL RE-
SERVE SYSTEM ET AL. C. A. D. C. Cir. Certiorari denied. ██

No. 88–1451. LEVY v. UNITED STATES. C. A. 2d Cir. Cer-
tiorari denied. 

No. 88–1458. RIDER v. UNITED STATES POSTAL SERVICE.
C. A. 9th Cir. Certiorari denied. 

No. 88–1504. ETLIN v. ETLIN. Ct. App. Va. Certiorari
denied.

No. 88–1527. YUN KIL MOON v. IMMIGRATION AND NATURAL-
IZATION SERVICE. C. A. 6th Cir. Certiorari denied. 

No. 88–1580. DEL PERCIO, INC., ET AL. v. CITY OF DAYTONA
BEACH. C. A. 11th Cir. Certiorari denied. 

No. 88–1610. DOUGLAS COUNTY SCHOOL DISTRICT ET AL. v.
JAGER ET AL. C. A. 11th Cir. Certiorari denied. 

No. 88–1624. SAFRANEK v. TOWN OF LIMON ET AL. C. A.
10th Cir. Certiorari denied.

No. 88–1627. MOTHER & UNBORN BABY CARE OF NORTH
TEXAS, INC., ET AL. v. TEXAS. Ct. App. Tex., 2d Dist. Certio-
rari denied. 

No. 88–1629. GEORGIA ASSOCIATION FOR RETARDED CITIZENS
ET AL. v. MCDANIEL ET AL. C. A. 11th Cir. Certiorari denied.
